UNITED STATES DISTRICT COURT
FORTHE DISTRICT OF COLUMBIA

DARRYL BURKE

      Plaintiff

      *v.*                                                        Case No. 16-cv-02082

UNITED STATES DEPARTMENT
OF JUSTICE,

      Defendant

## DECLARATION OF DAVID LUCZYNSKI

Pursuant to 28 U.S.C. § 1746, I, David Luczynski, declare the following to be a true and correct statement of facts:

1. I am an Attorney Advisor with the Executive Office for United States Attorneys ("EOUSA"), United States Department of Justice ("DOJ"). In that capacity, my responsibilities include acting as liaison with other divisions and offices of DOJ in responding to requests and litigation filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a ("PA"), reviewing FOIA/PA requests for access to records located in this office and the ninety-four United States Attorneys' Offices ("USAOs") and the case files arising therefrom, reviewing correspondence related to requests, reviewing searches conducted in response to requests, locating responsive records, and preparing EOUSA responses to ensure that determinations to withhold or release such responsive records are in accordance with FOIA, PA, and DOJ regulations, 28 C.F.R. §§ 16.3 et seq. and §§ 16.40 et seq.

2. As an Attorney Advisor of the FOIA/PA Unit, EOUSA, I have the authority to release and withhold records requested under the FOIA/PA. The statements I make in this Declaration

are based upon my review of the official files and records of EOUSA, my own personal knowledge, and information acquired by me through the performance of my official duties.

3. Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to the FOIA request(s) made to EOUSA, which include any requests direct toward a specific United States Attorney's Office. I have reviewed the Complaint which this Declaration addresses.

## STATEMENT OF FACTS

4. When a FOIA request is submitted to the Executive Office for the United States Attorneys ("EOUSA") or an individual United States Attorney's Office, EOUSA opens a new file with the requester's name and assigns it a FOIA reference number. A letter acknowledging the FOIA request is sent to the requester providing him/her with the FOIA reference number which helps the parties locate the appropriate request for updates on the status of the search or processing of the request.

5. Plaintiff's Complaint does not include a copy of the FOIA request described in the Complaint, EOUSA's acknowledgment letter, or the FOIA reference number related to his request.

6. After receiving Plaintiff's Complaint, EOUSA searched its records for any FOIA requests received from Plaintiff Darryl Burke. This search was performed by a Legal Administrative Specialist who is responsible for the following: 1) processing FOIA/PA requests for records located in EOUSA and in all of the United States Attorneys' Offices, 2) reviewing correspondence related to FOIA/PA requests; 3) reviewing searches conducted by the United States Attorneys' Offices in response to requests, 4) locating responsive records, and, 5) preparing EOUSA's responses to ensure that determinations to withhold or release such

responsive records are in accordance with FOIA, PA, and DOJ regulations, 28 C.F.R. § 16.3 *et seq.* and 16.40 *et seq.*

7. EOUSA uses two Computer database systems (called ORACLE and ACCESSPRO) to track all FOIA files, litigation, and appeals, as well as any mail and/or correspondence related to these files. Information can be retrieved from both database systems by names, court case numbers, dates of requests, and subjects of requests. When any FOIA correspondence is received, it is date-stamped, entered in a mail log book, and entered in both computer database systems by EOUSA's intake staff.

8. As receiving Plaintiff's Complaint, a Legal Administrative Specialist employed by EUOSA searched both the ORACLE and ACCESSPRO systems for any FOIA requests pertaining to the Plaintiff. As a result of this search, EOUSA located a total of four FOIA requests submitted by Plaintiff. These four FOIA requests located by EUOSA are described below in paragraphs 11-14 and attached as **Exhibit 1**. However, EUOSA did not locate any record of receiving the FOIA request described in Plaintiff's Complaint. In addition to the database search, EOUSA's Legal Administrative Specialist also consulted with the staff from the United States Attorney's Office for Southern District of Florida (which was referenced by the FOIA request described in Plaintiff's Complaint), EOUSA intake staff, a paralegal supervisor who also conducted a search, and Senior Litigation Counsel, regarding whether any additional FOIA requests submitted by Plaintiff had been received. No additional requests were identified.

9. There is no other location or file in EUOSA's FOIA Office where any other

records related to the Plaintiff would be located other than the locations and files which

have already been searched. Further, I am not aware of any other method or means by which

an additional search could be conducted that would be likely to locate any other FOIA requests

submitted by Plaintiff.

10. To date, EOUSA has not received the FOIA request described in Plaintiff's

Complaint nor has it received any communication from the Plaintiff regarding this FOIA

request. Further, Plaintiff has not filed any appeal of this FOIA request with the Office of

Information Policy ("OIP").

### REQUESTS EOUSA RECEIVED FROM PLAINTIFF

*FOIA Request No.2015-1329*

11. By letter dated January 5, 2015, Plaintiff submitted a FOIA request asking for:

"All documents, faxes FBI reports, handwritten notes, subpoenas and all other documents and

recordings generated between March 21, 2012 and April 21, 2012 pertaining to criminal case No.

(blank) which arose out of the Southern District of Fla. The response should include any and all

statements or documents signed by those who appeared as witnesses."

*FOIA Request No.2015-1980*

12. By letter dated March 21, 2015, Plaintiff submitted a FOIA request asking for:

"All sign Real Estate Sale Contract, handwritten note, None Prosecutor Agreement, subpoena

from Wells Fargo Bank, Bank America and Faxes. Also All Subpoena sale contract, faxes,

pertain to Eastern Financial. All US Attorney notes for Clarissa Gravey in case No. 13-20616-

CR-Cohn"

*FOIA Request No.2015-2145*

13. By letter dated April 2, 2015, Plaintiff submitted a FOIA request asking for:

"All sign Realty Estate Contract, document related All facts and email related to Subpoena from Wells Fargo reference #376358 Copy attach Wells Fargo declaration, Subpoena reference #3763538 pertaining to criminal case No. 13-20616-CR-Cohen, Southern District of Florida."

*FOIA Request No.2015-2981*

14. By letter dated April 9, 2015, Plaintiff submitted a FOIA request asking for:

"All notes fax and None Prosecutor Agreement with Laterica Griffin pertaining to criminal case No. 13-20616-CR-Cohen"

Dated: April 5, 2017

David Luczynski

# FREEDOM OF INFORMATION ACT REQUEST

DOJ/EOUSA/FOIA STAFF

2015 JAN 26  PM 3:20

DATE: _1/15/2015_

Name of Entity: Executive Ofc For US Attorney Attn: FIOA/FIA officer
Address: 600 E. Street NW RM 7300
City: Washington, DC
State:
Zip: 20530

Dear Sir or Madam:

This is a request under Freedom of Information Act as amended (**5 U.S.C. § 552**) in conjunction with the Privacy Act (**5 U.S.C. § 552a**).

I am writing to request a copy of the following information:

All documents, faxes, FBI reports, Handwritten Notes, subpoenas and all other documents and recordings generated between March 21, 2012 and April 21, 2012 pertaining to Criminal case No. _____ which arose out of the Southern District of Fla. The response should include any and all statements or documents signed by those who appeared as witnesses

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions which are reasonably segregate. I, of course, reserve my right to appeal the withholding of deletion of any information.

If you have any questions regarding this request, please write me at the below captioned address.

As provided in the Freedom of Information Act, I expect to receive a reply within ten (**10**) work days.

My Date of Birth is _3/71/96_ and my I.D. or Soc. No is: 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

I, further state for the purposes of identification that I am a U.S. Citizen and that all the facts relating to my identity herein are true and correct as identified by my signature and/or my finger print below executed under penalty for perjury pursuant to **28 U.S.C. § 1746**.

Executed Under Penalty of Perjury on: _1/15/2015_

Sign By: _D-B-_

Print Your Name Here: Darryl Burke 12875058
Address: 100 Prison Rd Unit AA
City: Estill
State and Zip Code: S.C. 29918

**\*I.D. Option\***
**Place Your**
**Finger Print**
**In This Box ▶**

02015-01980

# FREEDOM OF INFORMATION ACT REQUEST

DATE: _3 12/1 2015_

| | |
|---|---|
| Name of Entity: | _Executive ofc for US Attorney Attn FIOA/PIA office_ |
| Address: | _600 E Street NW RM 7300_ |
| City: | _Washington, DC_ |
| State: | |
| Zip: | _20530_ |

Dear Sir or Madam:

This is a request under Freedom of Information Act as amended (5 U.S.C. § 552) in conjunction with the Privacy Act (5 U.S.C. § 552a).

I am writing to request a copy of the following information:

_All Cryp Real Estate sale Contract, hand written note, none prosecutor Agreement, subpeona from Well Fargo Bank, BankAmerica and Fares Also All subpeona sale contract, FAres, Preham to Eastern Finical Bill se US Attorney note for Clarissia Graney in case No 13-2006-Cr-Cohn._

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions which are reasonably segregate. I, of course, reserve my right to appeal the withholding of deletion of any information.

If you have any questions regarding this request, please write me at the below captioned address.

As provided in the Freedom of Information Act, I expect to receive a reply within ten (10) work days.

My Date of Birth is _3 17 1/96_ and my I.D. or Soc. No is: [                    ]

I, further state for the purposes of identification that I am a U.S. Citizen and that all the facts relating to my identity her in are true and correct as identified by my signature and/or my finger print below executed under penalty for perjury pursuant to 28 U.S.C. § 1746.

Executed Under Penalty of Perjury on: _3 12/12 2015_

Sign By: _D-B-_

| | |
|---|---|
| Print Your Name Here: | _Darryl Burke_ |
| Address: | _100 Prison Rd_ |
| City: | _Estill_ |
| State and Zip Code: | _S.C. 29918_ |

## FREEDOM OF INFORMATION ACT REQUEST

DATE: _4/12 2015_

| | |
|---|---|
| Name of Entity: | _Executive ofc For USAttorney Atts. Flor/Pza office_ |
| Address: | _600 E. Street NW Rm 7300_ |
| City: | _Washington_ |
| State: | _DC_ |
| Zip: | _20530_ |

Dear Sir or Madam:

This is a request under Freedom of Information Act as amended (5 U.S.C. § 552) in conjunction with the Privacy Act (5 U.S.C. § 552a).

I am writing to request a copy of the following information:

_All Sign Realty Estate Contract, document retated All FAXS And email related to Subponea from well Fargo reference #376358 Copy Attach Wells Fargo Declartion Supoena Reference #3763538 Pretawing to Criminal Case no 13-20616-Cr-Cohen Southern District of Florida_

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions which are reasonably segregate. I, of course, reserve my right to appeal the withholding of deletion of any information.

If you have any questions regarding this request, please write me at the below captioned address.

As provided in the Freedom of Information Act, I expect to receive a reply within ten (10) work days.

My Date of Birth is _3 17 1/96_ and my I.D. or Soc. No is: [ ]

I, further state for the purposes of identification that I am a U.S. Citizen and that all the facts relating to my identity herein are true and correct as identified by my signature and/or my finger print below executed under penalty for perjury pursuant to 28 U.S.C. § 1746.

Executed Under Penalty of Perjury on: _4/12 2015_

Sign By: _D-B_

| | |
|---|---|
| Print Your Name Here: | _Darryl Burke 1287505_ |
| Address: | _100 Prisin Rd Unit AA_ |
| City: | _Eskill_ |
| State and Zip Code: | _S.C. 25918_ |

4/9/15

DATE: 4/8/2015

Name of Entity: Executive OFC for USA Horney ATTn F/OA/ PiAoffice

Address: 600 E. Street NW Rm 7300

City: Washington, DC

State:

Zip: 20530,

Dear Sir or Madam:

This is a request under Freedom of Information Act as amended (5 U.S.C. § 552) in conjunction with the Privacy Act (5 U.S.C. § 552a).

I am writing to request a copy of the following information:

All Notes Fax, and None prosecutor Agreement with Laterica Griffin pertaining to criminal case No 13-20616-CR Cohen

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released. I therefore request that I be provided with all nonexempt portions which are reasonably segregate. I, of course, reserve my right to appeal the withholding of deletion of any information.

If you have any questions regarding this request, please write me at the below captioned address.

As provided in the Freedom of Information Act, I expect to receive a reply within ten (10) work days.

My Date of Birth is 3 17 1/96 and my I.D. or Soc. No is: [            ]

I, further state for the purposes of identification that I am a U.S. Citizen and that all the facts relating to my identity herein are true and correct as identified by my signature and/or my finger print below executed under penalty for perjury pursuant to 28 U.S.C. § 1746.

Executed Under Penalty of Perjury on: 4/9/2015

Sign By: D-B-

Print Your Name Here: DArryl Burke

Address: 100 prison Rd

City: Eshill

State and Zip Code: S.C 29918